In the Matter of the Claim of JAMES W. CROSS against JOHN P. WHITTLEY, Respondent.

STATE INDUSTRIAL BOARD, Appellant.

(Argued January 10, 1933; decided January 24, 1933.)

*John J. Bennett, Jr.,* Attorney-General (*Joseph A. McLaughlin* and *Isaac Frank* of counsel), for appellant.

*Andrew Wright Lent* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.